IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAVEL POLINOVSKY, and ILONA POLINOVSKY, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>BRITISH AIRWAYS PLC, and INTERNATIONAL AIRLINES GROUP, S.A.,<br><br>Defendants. | No. 1:11-cv-779<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANT BRITISH AIRWAYS PLC'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant British Airways PLC ("BA"), by and through its undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss with prejudice Plaintiffs' putative class action Complaint. Plaintiffs Pavel and Ilona Polinovsky bring this putative class action against BA for breach of contract based upon BA's alleged violation of European Union Regulation (EC) No. 261/2004 ("EC 261"). Prior to filing this motion to dismiss, BA served Plaintiffs with a concise letter summarizing the legal and factual grounds for the motion, with references to supporting authorities as required by the Court's Case Management Procedures. BA also made a good faith effort to resolve the issues relating to the motion as required by the Court's Case Management Procedures. Plaintiffs' counsel advised the undersigned that Plaintiffs would not voluntarily dismiss the Complaint.

As specified in the accompanying Memorandum of Law, Plaintiffs' Complaint should be dismissed for the following independent reasons:

1. Plaintiffs' state law breach of contract claim is preempted by the Airline Deregulation Act. 49 U.S.C. § 41713 (2011); *see Morales v. Trans World Airlines, Inc.*, 504 U.S. 374 (1992); *Onoh v. Northwest Airlines, Inc.*, 613 F.3d 596 (5th Cir. 2010).

2. Plaintiffs' state law breach of contract claim is preempted by the Montreal Convention. *See* Convention for the Unification of Certain Rules for International Carriage by Air, done at Montreal on May 28, 1999, (entered into force on November 4, 2003), reprinted in Treaty Doc. 106-45, 1999 WL 33292734, 2242 U.N.T.S. 350 (2000) ("Montreal Convention"); *El Al Israel Airlines, Ltd. v. Tseng*, 525 U.S. 155 (1999); *Paradis v. Ghana Airways Ltd.*, 348 F. Supp. 2d 106 (S.D.N.Y. 2004), *aff'd*, 194 F. App'x 5 (2d Cir. 2006).

3. BA has no legal or contractual duty to compensate Plaintiffs in accordance with EC 261 because, under the Air Transport Agreement between the United States and the European Union, EC 261 does not apply to flights departing from the United States. *See* United States-European Union Air Transport Agreement, Apr. 27 and 30, 2007, 2007 WL 2197632, 46 I.L.M. 470; *see also British Caledonian Airways Ltd. v. Bond*, 665 F.2d 1153 (D.C. Cir. 1981); *Snyder-Stulginkis v. United Airlines, Inc.*, No. 01-185, 2001 WL 1105128 (N.D. Ill. Sept. 20, 2001).

4. Even if EC 261 were to apply, Plaintiffs are not entitled to seek relief in the courts of the United States because they have failed to allege that they have exhausted their administrative remedies in the European Union pursuant to EC 261. *See Enahoro v. Abubakar*, 408 F.3d 877 (7th Cir. 2005); *Sarei v. Rio Tinto*, 550 F.3d 822 (9th Cir. 2008).

5. The Court should decline to adjudicate Plaintiffs' breach of contract claim because doing so would contravene principles of international comity. *Hilton v. Guyot*, 159 U.S. 113 (1895); *Turner Entm't Co. v. Degeto Film GmbH*, 25 F.3d 1512 (11th Cir. 1994).

For each of the above independent reasons, BA requests that the Court dismiss Plaintiffs' Complaint with prejudice in its entirety, inclusive of Plaintiffs' individual and class allegation claims. The grounds and reasons for this motion are set forth in greater detail in the accompanying Memorandum of Law.

Dated: May 6, 2011

Respectfully submitted,

CONDON & FORSYTH LLP

By: _____
Christopher R. Christensen
Michael J. Holland
Anthony U. Battista
7 Times Square
New York, New York 10036
Telephone: (212) 894-6700
Facsimile: (212) 370-4483

- and -

WILDMAN, HARROLD, ALLEN & DIXON LLP
Michael L. McCluggage
Brent R. Austin
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

*Attorneys for Defendants*
*BRITISH AIRWAYS PLC and INTERNATIONAL CONSOLIDATED AIRLINES GROUP, S.A.*

3